_____

No. 95-2024

_____


Matthew Gore, a Minor, by          *
and through his Father and          *
Next Friend, Michael Gore;          *
Michael Gore,                       *
                                    *
                Appellants,         * Appeal from the United States
                                    * District Court for the
    v.                              * Eastern District of Missouri
                                    *
Spalding & Evenflo Companies,       *    [UNPUBLISHED]
Inc.; Sheila Gore,                  *
                                    *
                Appellees.          *


_____

        Submitted:  January 8, 1996

           Filed:  January 12, 1996
_____

Before MAGILL, REAVLEY[*], and HANSEN, Circuit Judges.
_____


PER CURIAM.


     This is a product liability suit.  A jury verdict and judgment
was entered in favor of Spalding & Evenflo Companies, Inc.  The
Gores appeal certain district court[1] evidentiary rulings and the
district court's refusal to submit a specific jury instruction.
Having carefully reviewed the record and the parties' briefs, we
conclude that no error of law appears and that the district court

_____

        *The Honorable Thomas M. Reavley, United States Circuit
        Judge for the United States Court of Appeals, Fifth
        Circuit, sitting by designation.

        [1]The Honorable Jean C. Hamilton, Chief Judge, United States
District Court for the Eastern District of Missouri.

correctly ruled.  Accordingly, the district court's judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.